IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RASHAN ALI HARRIS | Case No.: 5:20-CR-23 (TES) |

## ORDER

Before the Court is a Motion for Early Termination of Supervised Release (Doc. 53) filed by Defendant Rashan Ali Harris on August 11, 2025. The Government filed its Response (Doc. 54) to Defendant's Motion on August 12, 2025, indicating that they had no objection to early termination of the supervised release if Mr. Harris continued to perform well on supervised release until August 31, 2025. It was also the Government's understanding that the U.S. Probation Department would consider Mr. Harris for early termination after completion of 18 months of supervised release.

Under 18 U.S.C. § 3583(e), the Court may terminate a period of supervised release. It may do so only after "the expiration of one year of supervised release" and if the Court finds it warranted by the defendant's conduct and in the interests of justice. The Court must also consider the § 3553(a) factors. *United States v. Johnson*, 877 F.3d 993, 997 (11th Cir. 2017). After considering the positions of the parties as well as the § 3553(a) factors, the Court concludes that early termination of Mr. Harris's supervised release is warranted by his conduct and that early termination serves the interest of justice. More specifically, the Court finds that Mr. Harris has had no issues or violations while on supervised release. Mr. Harris has established and maintained a stable residence and has secured and maintained permanent full-time

employment. As such, Defendant's Motion for Early Termination (Doc. 53) is **GRANTED,** and Defendant Harris's supervised release is **TERMINATED**.

SO ORDERED, this 12th day of August, 2025.

_____
TILMAN E. SELF, III,
UNITED STATES DISTRICT JUDGE